Gaston, Judge.
 

 The plaintiff in this case claimed title under a conveyance from the former owner, and the defendant set up title as a purchaser under an execution against the plaintiff’s vendor. It became material for the plaintiff to show that he was a purchaser for value, an d he insisted that the acknowledgement in h is vendor’s deed of a valuable consideration actually received, was proof of the payment of such consideration. TheJ udge decided that such acknowledgement was not evidence for this purpose against the defendant; and in consequence of this decision, the plaintiff was nonsuited.
 

 The court consider the decision of the Judge perfectly correct. A deed is evidence against all the world to establish the fact that, such a deed was executed, and of co.urse all the legal consequences necessarily resulting from that fact. But when it is offered as evidence of
 
 *90
 
 the truth of the matters recited, acknowledged, or do-dared in the deed, it is then admissible only against or privies. When offered against others it is opposed by ope of the best established rules of law, founded on the principles of natural justice, that no one shall be pi’ejudiced by
 
 res inter alios acta
 
 — by the acts, declarations or conduct of strangers.
 

 Per Curiam — Judgment aeeirmed.